FILED MAILROOM
JUL 11 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexander Otis Matthews

v.  Case No: 1:13-cv-450
    Case No: 1:12-cv-1473
    Case No: 1:11-cr-087
    Case No: 1:11-cr-348
    Case No: 1:12-cv-132

Ted Hull, et al
Ryan Faulconer, et al
United States Of America

## Motion Requesting Recusal

Comes Now, Alexander Otis Matthews, moving this court, requesting the following relief:

1. In the past 60 days, actions taken by Judge Liam O'Grady, in relation to the above suits involving Alexander Otis Matthews, have caused Mr. Matthews to file a Complaint of Misconduct against Judge O'Grady, as well as to file an adminstrative claim against Judge O'Grady with the United States via the Administrative Office of U.S. Courts.

2. In light of such actions, a reasonable presumption of bias could be be assumed from Judge O'Grady, and accordingly Mr. Matthews made a requests to Judge O'Grady asking him to respectfully recuse himself from any further adjudication of matters involving Mr. Matthews.

3. On July 1st, Judge O'Grady, despite Mr. Matthews fair and just request, issued a Memorandum Opinion and Order in the above matter <u>1:13-cv-450</u>.

4. For the second time, Mr. Matthews respectfully asks that Judge O'Grady recuse himself from further adjudicating any past, present, or future suits or claims involving Alexander Otis Matthews.

Respectfully,

_____ Dated: 7/6/2013
Alexander Otis Matthews

cc: Mr John Chastain, Assistant General Counsel, Admin. Office of U.S. Courts