IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEXANDER OTIS MATTHEWS. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case Nos.   1:12-cv-132 |
| | ) | 1:11-cr-087 |
| UNITED STATES OF AMERICA. | ) | 1:11-cr-348 |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter comes before the Court on Plaintiff's Motion Requesting Recusal (Dkt. No. 63 in Case No. 1:11-cr-348; Dkt. No. 104 in Case No. 1:11-cr-087) of United States District Judge Liam O'Grady in Case Nos. 1:12-cv-132; 1:11-cr-348; 1:11-cr-087. Having reviewed Plaintiff's Motion and finding no good cause for recusal, it is hereby

ORDERED that Defendant's Motion is DENIED.

July 18, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge